UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER FAARUP,<br><br>    Plaintiff,<br><br>    v.<br><br>W.W. TRANSPORT, INC.,<br><br>    Defendant. | Case No. 15-cv-114-JPG-SCW |

**MEMORANDUM AND**
**ORDER TO SHOW CAUSE**

    This matter comes before the Court for case management purposes. Plaintiff Christopher Faarup originally filed this case in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois. His four-count complaint against his employer, defendant W.W. Transport, Inc., alleges causes of action under the Illinois Workers' Compensation Act, 820 ILCS 305/1 *et seq*. W.W. Transport, Inc. removed this case to federal court under 28 U.S.C. § 1441 on the basis of the Court's original diversity jurisdiction under 28 U.S.C. § 1332(a). However, 28 U.S.C. § 1445(c) prohibits removal of a "civil action in any State court arising under the workmen's compensation laws of such State." Thus, it appears removal of this case may not have been appropriate. Accordingly, the Court **ORDERS** W.W. Transport, Inc. to **SHOW CAUSE** on or before June 5, 2015, why the Court should not remand this case to state court because 28 U.S.C. § 1445(c) prohibits removal. Faarup shall have 14 days to reply to W.W. Transport, Inc.'s response to this order to show cause.

**IT IS SO ORDERED.**
**DATED:  May 21, 2015**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**